UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:24-cv-10155-JAK-PD | Date | June 29, 2026 |
|---|---|---|---|
| Title | J.B. Hunt Transport, Inc. v. J.B. Hunt Transport LLC et al | | |

Present: The Honorable    JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| M. Lindaya | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

An Order re Plaintiff's Application for 60-day Extension of Filing Deadline as to Further Renewed Motion for Default Judgment was issued by the Court on May 18, 2026 (Dkt. 49) instructing Plaintiff to file a renewed motion for default judgment by June 22, 2026. As to date, no response has been filed. The Court, on its own motion, orders Plaintiff to show cause in writing no later than **July 2, 2026**, why this action should not be dismissed for lack of prosecution. The Order to Show Cause will stand submitted upon the filing of an appropriate response. No oral argument will be heard unless otherwise ordered by the Court. Failure to respond will result in the dismissal of this matter.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer    mal